LEE B. COTTRELL, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al. Appellants.

Argued October 9, 1944; decided November 16, 1944.

*Ignatius M. Wilkinson,* Corporation Counsel (*W. Bernard Richland,* James Hall Prothero and *Pauline K. Berger* of counsel), for appellants.

*A. Mark Levien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.